# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 236

State of North Dakota,

Plaintiff and Appellee

v.

Wesley Wayne Serdahl,

Defendant and Appellant

## No. 20230204

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Todd L. Cresap, Judge.

AFFIRMED.

Per Curiam.

Tiffany M. Sorgen, Assistant State's Attorney, Minot, N.D., for plaintiff and appellee; submitted on brief.

Thomas J. Burckhard, Minot, N.D., for defendant and appellant; submitted on brief.

**State v. Serdahl**
**No. 20230204**

**Per Curiam.**

[¶1]   Wesley Wayne Serdahl appeals from a criminal judgment entered after a jury convicted him of terrorizing. He argues the conviction is not supported by sufficient evidence. "In reviewing challenges to the sufficiency of the evidence on appeal, the defendant bears the burden of showing the evidence reveals no reasonable inference of guilt when viewed in the light most favorable to the verdict." *State v. Grant*, 2023 ND 62, ¶ 18, 988 N.W.2d 563 (cleaned up). After reviewing the record, we conclude substantial evidence supports the conviction. We summarily affirm the judgment under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr